IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Caterpillar Financial Services Corp., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00077 |
| v. | : | Judge Marbley |
| C &D Disposal Technologies, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Magistrate Judge on plaintiff Caterpillar Financial Services Corporation's ("CAT Financial")'s March 27, 2012 unopposed motion to stay Waldorf Holding Corporation's and W5 Group LLC"s motion to dismiss the complaint for lack of personal jurisdiction (doc. 11). Plaintiff's motion is GRANTED in part. This case is STAYED until April 20, 2012.  The preliminary pretrial conference set for April 20, 2012 will go forward as scheduled.

During the pretrial conference, counsel should be prepared to provide me with a report on the parties' negotiations and be prepared to establish deadlines for concluding those negotiations and proceeding with resolution of the pending motion to dismiss, discovery and motions practice.

                                                                               s/ Mark R. Abel
                                                                               United States Magistrate Judge